UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carolina Casualty Insurance Company,

Plaintiff,

vs.

Alfred Burbach, Armstrong Rigging and Erecting, Inc., and Continental Insurance Company,

Defendants.

**STIPULATION TO EXTEND TIME WHICH DEFENDANTS ARMSTRONG RIGGING AND ERECTING, INC., AND CONTINENTAL INSURANCE COMPANY HAVE TO ANSWER PLAINTIFF'S COMPLAINT OR OTHERWISE PLEAD AND ORDER**

Case No. 01-387 JMR/FLN

---

Plaintiff and Defendants Armstrong Rigging and Erecting, Inc., and Continental Insurance Company, through their respective counsel, hereby stipulate and agree that the date by which Defendants Armstrong Rigging and Erecting, Inc., and Continental Insurance Company, must answer or otherwise respond to Plaintiff's Complaint shall be extended to April 2, 2001.

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: [signature]
Barbara A. Burke (13122)
Mark A. Gwin (132251)
Andrea E. Reisbold (22411x)
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400

ATTORNEYS FOR PLAINTIFF

DATED: March 23, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Stephen O. Plunkett (203932)
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-8928

ATTORNEYS FOR DEFENDANTS ARMSTRONG RIGGING, INC., AND CONTINENTAL INSURANCE COMPANY

DATED: March 23, 2001

FILED MAR 2 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, the date by which Defendants Armstrong Rigging and Erecting, Inc., and Continental Insurance Company must answer or otherwise respond to Plaintiff's Complaint is hereby extended to April 2, 2001.

BY THE COURT:

Franklin L. Noel
United States Magistrate Judge

DATED: March 26, 2001