**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No. : 0:01cv387 (JMR/FLN)
New Civil case No.: 0:01cv387 (JEL/AJB)

Carolina
v.
Burbach

**IN RE: Notice for Reassignment of Civil Cases**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to transfer and reassign the above case to newly appointed **U. S. District Court Judge Joan Ericksen Lancaster** effective May 21, 2002.

Dispositive motions which were filed and scheduled before the previously assigned U. S. District Court Judge must be rescheduled and renoticed before **U. S. District Court Judge Joan Ericksen Lancaster.**

**U. S. Magistrate Judge Boylan** has been assigned to handle magistrate judge proceedings in this civil case. You may contact Kathy Thobe at #651-848-1210 for scheduling matters before the magistrate.

Questions or concerns regarding reassigned cases should be directed to Sheri Frette, calendar clerk for Judge Lancaster at #651-848-1236.

**DATED: May 21, 2002**

Richard D. Sletten
**Richard D. Sletten, Clerk**

**FILED 5/21/02**
**Richard D. Sletten, Clerk**
**JUDGMENT ENT'D**
**DEPUTY CLERK** djd

39