**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carolina Casualty Insurance Company,

Plaintiff,

v.

Alfred Burbach, Armstrong Rigging & Erecting, Inc. and Continental Insurance Company,

Defendants.

01cv387 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Cross Motions for Summary Judgment** on Monday, July 29, 2002 at 10:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUN 27 200[illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK