UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Carolina Casualty Insurance Company,**

**Plaintiff,**

**vs.**

**Alfred Burbach, Armstrong Rigging and Erecting, Inc. and Continental Insurance Company,**

**Defendants.**

**ORDER**

Court File No. 01-CV-387 JEL/JGL

---

The above-entitled matter came on for hearing before the undersigned United States District Judge upon Defendant Continental Insurance Company's Motion for Extension of Time to file a notice of appeal in this action.

The Court having read and considered all pleadings and papers submitted for the motion, hereby orders as follows:

1) Defendant Continental Insurance Company's Motion for Extension of Time to file a notice of appeal is GRANTED;

2) Defendant Continental Insurance Company shall file its notice of appeal within 30 days after October 11, 2002.

IT IS SO ORDERED.

BY THE COURT:

Dated: October 31, 2002

BY Joan E. Lancaster
Joan E. Lancaster

FILED OCT 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________

United States District Court