# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Carolina Casualty Insurance Company, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01cv387 (JNE/JGL) |
| | ) | Date: April 12, 2004 |
| Alfred Burbach, | ) | Court Reporter: Maria Weinbeck |
| | ) | Time Commenced: 3:00 p.m. |
| Defendant. | ) | Time Concluded: 3:30 p.m. |
| | ) | Time in Court: 30 Minutes |
| | ) | |

Hearing on: **Burbach's Motion for Summary Judgment (#53) - DENIED on the minutes**
**No Further Order will be issued**
**Court orders on the minutes that Carolina Casualty Insurance Company is primary.**
**Court orders mediation. Parties are to inform the court within one week, names of suggested mediators.**

APPEARANCES:

Plaintiff: Andrea E. Reisbord
Defendant: John L. Tambornino for Alfred Burbach Stephen Plunkett and Robert Kettering for Armstrong Rigging

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

**9 Submitted** **9 Sustained** **9 Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk