**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carolina Casualty Insurance Company,

Plaintiff,

vs.

Alfred Burbach; Armstrong Rigging and Erecting, Inc.; and Continental Insurance Company,

Defendants.

Civ. File No. 01-CV-387 (JNE/JGL)

**STIPULATION OF DISMISSAL**

---

The above-named parties, by and through their respective undersigned counsel of record, do hereby stipulate and agree that the above-captioned matter be dismissed, with prejudice, and without costs to any party.

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: August 24, 2004

By: s/ Mark A. Gwin

MARK A. GWIN #132251
ANDREA E. REISBORD #22411X
Attorneys for Plaintiff
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

Dated: September 08, 2004

s/ John L. Tambornino
JOHN L. TAMBORNINO #10825X
Attorney for Defendant Alfred Burbach
10285 Yellow Circle Drive
Minnetonka, Minnesota 55343
(952) 933-3371

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

Dated: August 24, 2004

By: s/ Robert W. Kettering
ROBERT W. KETTERING, JR. #55499
Attorneys for Defendant Armstrong Rigging and Erecting, Inc.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, Minnesota 55402-3214
(612) 339-3500

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: August 29, 2004

By: s/ Stephen O. Plunkett
STEPHEN O. PLUNKETT #203932
Attorneys for Defendant Continental Insurance Company
Suite 2000
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 340-8928

863553